[No. 2374–3.   Division Three.   March 21, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. CLARK
EDWARD CAMPBELL, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 24767, John J. Lally, J., entered

December 16, 1976. *Affirmed* by unpublished per curiam opinion.